United States District Court
Southern District of Texas

**ENTERED**
September 14, 2020
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Superior Consulting Group, §
    Plaintiff, §
 §
v. §    Civil Action H-20-1945
 §
Sprint Funding, Inc., §
Pythius Investments, Inc., and §
FCI Lender Services, Inc., §
    Defendants. §

# Order of Adoption

On August 27, 2020, Magistrate Judge Peter Bray filed an amended memorandum and recommendation (14) recommending that the court dismiss this case with prejudice. No objections were filed. The court adopts the amended memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on September 14, 2020.

Lynn N. Hughes
United States District Judge